NOT FOR PUBLICATION                                             **CLOSED**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IFEOMA EZEKWO, | Civil Action No.: 08-1878 (JLL) |
| Plaintiff, | |
| v. | |
| CITY OF PATERSON HISTORICAL PRESERVATION COMMISSION, et al., | O R D E R |
| Defendants. | |

This matter comes before the Court by way of Defendants' motion for summary judgment [Docket Entry No. 53], and, for the reasons set forth by the Court in its corresponding Letter Opinion dated March 14, 2011,

**IT IS** on this **14th day of March, 2011,**

**ORDERED** that Defendants' motion for summary judgment [Docket Entry No. 53] is granted; and it is further

**ORDERED** that this case is hereby **CLOSED**.

**IT IS SO ORDERED.**

JOSE L. LINARES,
UNITED STATES DISTRICT JUDGE